**Order entered September 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00541-CV

### AAA COOPER TRANSPORTATION AND XTRA LEASE, LLC, Appellants

### V.

### OLYNTHUS M. DAVIS AND PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-10773**

## ORDER

Before the Court is appellee Olynthus M. Davis's unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 17, 2018.

/s/     DAVID EVANS
JUSTICE